UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:10-cv-12225-RWZ |
| v. | ) ) | |
| STILL RIVER SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF MANUAL FILING

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed under seal with the Court, and will not be made public until further order of the Court: (1) Defendant's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction; (2) Declaration of Kenneth Gall, Ph. D. in Support of Defendant's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction.

The original documents are maintained under seal in the case file in the Clerk's Office.

Dated: January 20, 2011

Respectfully submitted,

STILL RIVER SYSTEMS, INC.

By its attorneys,

/s/ Zachary R. Gates
Zachary R. Gates (BBO #677873)
*zgates@burnslev.com*
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299

## CERTIFICATE OF SERVICE

I, Zachary R. Gates, Esq., hereby certify that on January 20, 2011, a copy of this Notice of Manual Filing was served electronically via CM/ECF on all counsel of record for the Plaintiff.

/s/ Zachary R. Gates
Zachary R. Gates, Esq.