## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>          *Plaintiff*,<br><br>v.<br><br>STILL RIVER SYSTEMS, INC.,<br><br>          *Defendant*. | Civil Action No: 1:10-cv-12225 |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Settlement Agreement dated on or about June 20, 2011, the parties, by and through their respective undersigned counsel, hereby stipulate and agree that, in accordance with Fed. R. Civ. P. 41, any and all claims asserted by Plaintiff Massachusetts Institute of Technology be dismissed with prejudice. Each party further stipulates that it is to bear its own costs, fees, and expenses, including attorneys' fees.

Dated:  June 27, 2011

Respectfully Submitted,

/s/ Nathaniel Bruno
Mark Schonfeld (BBO# 446980)
*mschonfeld@burnslev.com*
Zachary R. Gates (BBO #677873)
*zgates@burnslev.com*
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299

Roy Goldberg
Don J. Pelto
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
1300 I Street, N.W.
11th Floor East
Washington, DC 20005
Telephone:  202-218-0000
Facsimile: 202-218-0020

Russell Hill
Nathaniel Bruno
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
390 Lytton Avenue
Palo Alto, CA 94301
Telephone:  650-815-2600
Facsimile: 650-815-2601

Attorneys for Defendant,
STILL RIVER SYSTEMS, INC.

Respectfully Submitted,

/s/ Sharada Devarasetty
Steven M. Bauer (BBO #542531)
Sharada Devarasetty (BBO #672514)
Proskauer Rose LLP
One International Place
Boston, MA  02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
sbauer@proskauer.com
sdevarasetty@proskauer.com

Attorneys for Plaintiff,
MASSACHUSETTS INSTITUTE OF TECHNOLOGY